```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| WILLIAM A. GREGORY, | ) | CASE NO. 4:09 CV 12 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| JOSEPH GUNJA, | ) | |
| | ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

```
                        /s/Dan Aaron Polster 2/10/09
                        DAN AARON POLSTER
                        UNITED STATES DISTRICT JUDGE
```